UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | |
|---|---|
| RYAN SCOTT BRUNS,<br><br>Plaintiff,<br><br>vs.<br><br>LANGFORD AREA SCHOOL DISTRICT, and DR. JOSEPH GRAVES, Secretary of Education, in his official capacity,<br><br>Defendants. | 1:25-CV-01005-ECS<br><br>**ORDER EXTENDING PLAINTIFF'S TIME FOR SERVICE** |

    Plaintiff Ryan Scott Bruns filed a pro se lawsuit. Doc. 1. He later filed an amended complaint. Doc. 7. This Court denied Bruns's motion for leave to proceed in forma pauperis because he had sufficient funds to pay the $405 civil complaint filing fee, Doc. 6, and he timely paid the full filing fee. Because Bruns has sufficient funds to pay the filing fee and is not proceeding in forma pauperis, he is not automatically entitled to service by the United States Marshals Service. See Fed. R. Civ. P. 4(c)(3). Thus, this Court provided Bruns notice of the Court's intention to dismiss his amended complaint without prejudice if he does not provide proof of service upon Defendants Langford Area School District and Dr. Joseph Graves[1] by **September 27, 2025**. Doc. 8. The record demonstrates that Bruns has attempted to serve the Defendants as directed by this Court and is otherwise diligently working to prosecute this case. See, e.g., Doc. 22. Given that Bruns is proceeding pro se, there is good cause to extend his time

---

[1] In Bruns' original complaint, he named additional Defendants. Doc. 1 at 1. However, Bruns amended his complaint to only name Langford Area School District and Dr. Graves as Defendants. Doc. 7 at 1.

to serve Defendants Langford Area School District and Dr. Joseph Graves and to file proof of service. Thus, Bruns's time to serve and to file proof of service upon Defendants Langford Area School District and Dr. Joseph Graves is extended until **October 28, 2025**.

For the reasons stated above, it is hereby

ORDERED that Bruns will serve the summons and complaint upon Defendants Langford Area School District and Dr. Graves, in accordance with Federal Rule of Civil Procedure 4, and file proof of service by **October 28, 2025**, or his respective claims against an unserved Defendant will be dismissed without prejudice pursuant to Rule 4(m), unless he can show good cause for his failure to serve the Defendant.

DATED this 2 day of October, 2025.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE